IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT T HENNION, JR., | : | Case No. 3:13-CV-00268 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | (Magistrate Judge Cohn) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | : | |
| Defendant. | : | |

**ORDER**

March 2, 2015

The undersigned has given full and independent consideration to the January 14, 2015 report and recommendation of Magistrate Judge Gerald B. Cohn (ECF No. 23). No timely objections were filed.

Because this Court agrees with Magistrate Judge Cohn's analyses and conclusions, the Court will not rehash the sound reasoning of the Magistrate Judge and will adopt the report and recommendation in its entirety.

**IT IS HEREBY ORDERED THAT:**

1. The Court adopts the Report and Recommendation of Magistrate Judge Cohn.

2. The decision of the Commissioner of Social Security denying Plaintiff's

1

    social security disability insurance and supplemental security income benefits is **VACATED** and the case **REMANDED** to the Commissioner to develop the record fully, obtain legible treatment notes if necessary, conduct a new administrative hearing and appropriately evaluate the evidence, particularly Plaintiff's treating source opinions.

3.     The Clerk of Court shall **CLOSE** the case.

    BY THE COURT:

    s/Matthew W. Brann  
    Matthew W. Brann  
    United States District Judge